# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

KENNETH EDWARD BUTLER, JR.,     *
       *
     Plaintiff,     *    CIVIL ACTION NO.: 2:15-cv-146
       *
     v.     *
       *
UNKNOWN,     *
       *
     Defendant.     *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 3, 2015, Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims **WITHOUT PREJUDICE**, **DENIES** him leave to appeal *in forma pauperis*, and **DENIES** all pending motions. The Clerk of the Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of January, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA